UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00089-MOC-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **BRANDON LAMAR LITTLEJOHN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment (#9). Having considered the Motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment (#9) is **GRANTED**. The indictment pending in this court is hereby **DISMISSED** without prejudice**.** The defendant shall be remanded to the custody of the Bureau of Prisons pursuant to a July 21, 2016 Judgment in the District of South Carolina.

Signed: December 1, 2016

Max O. Cogburn Jr.
United States District Judge